UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAIME DAY AND MURRY DAY**<br>　　*Plaintiffs*<br><br>**V.**<br><br>**STATE OF LOUISIANA, DEPARTMENT OF CHILDREN AND FAMILY SERVICES (PREVIOUSLY STATE OF LOUISIANA DEPARTMENT OF SOCIAL SERVICES, OFFICE OF COMMUNITY SERVICES), STATE OF LOUISIANA, OFFICE OF THE GOVERNOR, MENTAL HEALTH ADVOCACY SERVICE, LAWRENCE S. DILKS, PH.D., CECILIA ANN LANDRY, MSW, LCSW, RPT-S, ANN LANDRY, MSW, LCSW, RPT-S, LLC, MILDRED HOLMES, VERONICA GARRICK, BETTYE FOSTER, DEBBIE AMBROSE, LEE SCHMIDT, JOHN NELSON, TAKEISHA SIMIEN, ALICIA BELL, NICHELLE SMITH, JENNIFER PREJEAN, BRANDI GREEN, KRISTA BECTON, RUTH JOHNSON, AND MELANIE SMITH DALEY, ESQ.**<br>　　*Defendants* | **CIVIL ACTION NO.: 2:12-CV-02844-PM-KK** |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO PLEAD**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff herein, Jaime Day, who files this Motion for Extension of Time to Plead and who, with respect to same, does hereby allege, aver, depose, state, and claim as follows:

**1.**　The above-captioned matter is presently set for hearing without date on a Motion to Dismiss filed by Cecilia Ann Landry.  Rec. Doc. 3.

**2.**　This motion's setting (without date) is made and done pursuant to this Honorable Court's "Notice of Motion Setting" filed on February 15, 2013.  Rec. Doc. 4.

**3.**　In accordance with this prior Notice of Motion Setting (without date) and LR 7.5,

Plaintiff's response unto this Defendant's Motion to Dismiss is presumptively due on or before Thursday, March 7, 2013, a date "within 21 days after service of the motion."

**4.** Plaintiff's counsel shows he is unable, with due diligence, to formulate and file "a response, including opposing affidavits, memorandum, and such supporting documents as are then available" on or before the LR 7.5 deadline.

**5.** Pursuant to Local Rule 7.9, Plaintiff appears herein and seeks an extension of time to plead, requesting that the deadline on which the Plaintiff's Memorandum in Opposition would otherwise be due be extended for a period of twenty-one (21) days, making the Plaintiff's Opposition unto *all* the Defendant's pending Motion to Dismiss due to be filed on or before Thursday, March 28, 2013.

**6.** Given the potentially-dispositive nature of the Defendant's Motion, Plaintiff will submit a timely request for oral argument, pursuant to the authority of Local Rule 78.1.

**7.** Plaintiff's present Motion seeks an *ex parte* order extending the delay to file a Memorandum in Opposition to the Defendant's Motion [Rec. Doc. 3], and, in accordance with LR 7.9, the Plaintiff respectfully avers there has been no previous extension of time to plead and the Defendants have not filed in the record an objection to an extension of time.

**8.** Further, and continuing in accordance with LR 7.9, Plaintiffs respectfully show and aver that due to the short window of time before the subject deadline lapses, counsel for Plaintiff has been unable, with due diligence, to request and obtain opposing counsel's assent or objection unto this requested relief.

**9.** Nevertheless, Plaintiff's counsel believes there will be no objection by Defendant's counsel, and, if Plaintiff should hereafter learn this Motion is controverted, he will advise this Honorable Court forthwith and with all haste and dispatch.

**10.** In the event the requested extension is not permitted of-right in accordance with Local Rule 7.9, the Plaintiff respectfully applies to this Honorable Court for an extension on the basis of good cause shown.

**11.** Thus, and even if the Plaintiff is not entitled to an ex parte extension of-right, this Honorable Court, in the exercise of its discretion and for good cause shown, is empowered and authorized to extend the Rule 7.5 delay for the requested period of twenty-one (21) days.

**12.** Plaintiff thus respectfully moves this Honorable Court to grant this Motion for Extension of Time to Plead and, in accordance with same, Plaintiff respectfully prays this Honorable Court extend the Rule 7.5 delay for filing a Memorandum in Opposition to the Defendant's Motion to Dismiss [Rec. Doc. 3] to the new date of Thursday, March 28, 2013.

*It Is So Moved.*

Respectfully Submitted,

| | |
|---|---|
| **THE SANCHEZ LAW FIRM, LLC** | **SPRING & SPRING, LLC** |
| Attorneys at Law | Attorneys at Law |
| | |
| /S/ WALTER M. SANCHEZ, ESQ. | /S/ S. STEPHEN SPRING, II, ESQ. |
| Walter M. Sanchez, Esq. | S. Stephen Spring, II, Esq. |
| Louisiana Bar Roll Number: 14,391 | Louisiana Bar Roll No.: 12,347 |
| 901 Lakeshore Drive, Suite 1050 | 733 East Airport Avenue, Suite 104 |
| Lake Charles, Louisiana 70601 | Baton Rouge, Louisiana 70806 |
| 337-433-4405 (telephone) | 225-932-9671 (telephone) |
| 337-433-4430 (facsimile) | 413-451-8923 (facsimile) |
| wsanchez@waltsanchez.com | springlaw@gmail.com |
| Lead Counsel for Plaintiffs | Associate Counsel for Plaintiffs |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Plaintiff's Motion for Extension of Time to Plead has been served upon all counsel of record herein via delivery of this self-same pleading into the Court's electronic filing and notification system on this the <u>6th</u> day of March, 2013.

## LOCAL RULE 7.9E CERTIFICATION

**I CERTIFY** that the requirements of Local Rule 7.9 are met herein as pled in the foregoing Motion for Extension of Time to Plead.

                      /S/ S. STEPHEN SPRING, II, ESQ.
                        S. Stephen Spring, II, Esq.